UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JORGE MERCADO,
    *Plaintiff,*
    *v.*
PRRC, Inc. d/b/a PRICE RITE,
    *Defendant.*

Civil No. 3:15cv637 (JBA)

November 6, 2015

## ENDORSEMENT ORDER

As set forth in open court this date, Defendant's Motion to Compel [Doc. # 36] is GRANTED on Defendant's representation that Plaintiff has failed to respond in any way to Defendant's discovery requests despite the fact that both the formal deadline and informal deadlines agreed to by the parties for such response have passed. Due to Plaintiff's noncompliance, Defendant canceled Plaintiff's deposition, thus delaying completion of discovery. Absent any objections interposed to such discovery, or motions to extend time to respond, there is no apparent reason why Plaintiff's discovery response should not be provided, and accordingly, Plaintiff is ordered to comply within ten business days of this Order, and Plaintiff's deposition may be scheduled thereafter.

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 6th day of November 2015.